**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TOMAS LEMUS,**

          **Plaintiff,**

**-vs-**                                       **Case No. 6:06-cv-596-Orl-22UAM**

**AYALA ENTERPRISES, INC., and SAUL A. AYALA,**

          **Defendants.**

_____

## ORDER

This cause is before the Court on Joint Motion for Approval of Proposed Settlement (Doc. No. 30) filed on September 19, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 26, 2007 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Proposed Settlement (Doc. No. 30) is **GRANTED**. The Settlement Agreement is hereby **APPROVED**.

3. This case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 11, 2007.

Copies furnished to:

Counsel of Record

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge